UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————————X

MAKSIM RABAYEV,

        Plaintiff,  **AFFIDAVIT OF SERVICE**

    -against-  Case No.: 07 CV 10281

THE CITY OF NEW YORK,
POLICE OFFICER LIEUTENANT AMMANUEL GONZALEZ 70th precinct,
POLICE OFFICER JASON T REYNOLDS 70th precinct,
POLICE OFFICERS JOHN DOE(S) #'s 1-5 70th precinct,

        Defendants.
———————————————————————————X

    Under the penalties of perjury and CPLR § 3126, I hereby affirm that I am over the age of eighteen and am not a party to this action. I delivered two true copies of the Summons and Complaint upon the defendant The City of New York, via its agent:

Tamekia Mendes Grammon, Process Clerk
Corporation Counsel for the City of New York
100 Church Street, 4th Floor
New York, New York 10007

    Ms. Grammon is African American and approximately 5"10 in height. I delivered the above documents on November 13, 2007 at 2:23 p.m.

Dated: **Brooklyn, NY**
       **November 13, 2007**

                                  By: Nicquan Bannister

Sworn to before me this
this 13 day of November, 2007

_____
NOTARY PUBLIC

DAVID A. ZELMAN
NOTARY PUBLIC, State of New York
No. 02ZE6025678
Qualified in New York County
Commission Expires June 1, 2011