USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-20-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MAKSIM RABAYEV,

            Plaintiff,

            07 CIV 10281(VM)

   - against -

            **ORDER**

THE CITY OF NEW YORK, et al.,

            Defendants.
------------------------------------X

**VICTOR MARRERO, United States District Judge.**

    In reviewing the Complaint filed in this matter the Court has noted that plaintiff Maksim Rabayev ("Rabayev") asserts that he is a resident of Brooklyn, New York, and that the various named and unnamed individual defendants are police officers of the defendant City of New York assigned to the 70th Police Precinct in Brooklyn, New York. The complaint indicates that the events giving rise to the underlying action occurred in connection with alleged injuries Rabayev suffered as a result of an arrest and assault by defendants in and around the 70th Precinct. It therefore appears that all or most of the material events, documents, persons and potential witnesses related to this action are located in the Eastern District of New York. Accordingly, it is hereby

    **ORDERED** that in the interest of justice, the maximum convenience to the parties and witnesses, and of the efficient

management of this Court's docket, the Clerk of Court is directed to transfer this case to the Eastern District of New York pursuant to 28 U.S.C. § 1404(a).

**SO ORDERED.**

DATED:   NEW YORK, NEW YORK
         20 November 2007

_____
Victor Marrero
U.S.D.J.